IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROJELIO RAMOS, | : | |
|         Plaintiff | : | CIVIL ACTION |
| v. | : | No. 19-cv-477 |
| | : | |
| LVNV FUNDING, LLC and | : | |
| PRESSLER & PRESSLER, LLP a/k/a | : | |
| PRESSLER, FELT & WARSHAW, LLP | : | |
|         Defendants | : | |

## ORDER

This 22nd day of May, 2019, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 11, 12), Plaintiff's response (ECF No. 14), and Defendants' replies (ECF Nos. 15, 16), it is hereby **ORDERED** that the Motions are **GRANTED**. The Complaint is **DISMISSED**, without prejudice.

    /s/ Gerald Austin McHugh
United States District Judge